# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, New York 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.
BRUSSELS • FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

**Application Granted.**
The Pretrial Conference set for June 5, 2020 is hereby rescheduled to June 29, 2020 at 12:00 p.m and will proceed by Telephone.  Parties are directed to dial-in to the Court's teleconference number at 888-251-2909, Access Code 2123101, and follow the necessary prompts.  The court excludes time under the Speedy Trial Act to June 29, 2020 pursuant to 18 USC 3161(h)(7)(A) based upon the finding that the ends of justice outweigh the interests of the public and the defendants in a speedy trial so that the parties can continue discussions with respect to a potential disposition.  Counsel are to submit a joint letter to the Court with a status update prior to the June 29 conference.

5/18/2020

SO ORDERED.

*[signature]*
LEWIS J. LIMAN
United States District Judge

May 15, 2020

Via ECF

The Honorable Lewis J. Liman,
    United States District Court Judge,
        Southern District of New York,
            500 Pearl Street, Courtroom 15C,
                New York, NY  10007-1312.

    Re:  <u>United States</u> v. <u>Sarante, et al.</u>, No. 20-cr-00157 (S.D.N.Y.)

Dear Judge Liman:

  I represent the defendant Miguel Sarante and write on behalf of the defendants in the above-captioned case with respect to the motion schedule, which currently requires the defendants to submit any motions by May 18, 2020, and the government to respond by June 1, 2020.  The next pretrial conference is scheduled for June 5, 2020.

  The parties are engaged in discussions that may make motions unnecessary, but due to the ongoing pandemic—including limitations on each defendant's ability to communicate with his respective counsel—are unable to complete those discussions at this time.  I respectfully request an extension of these deadlines while the parties continue to engage in discussions, and for permission to provide a status update to the court at the end of June, or at such time as the court would deem appropriate, as to whether discussions have been able to meaningfully proceed.  This is each defendant's first request for an adjournment or extension.

  I have conferred with counsel for the Government, who consents and agrees to this request.  The parties also agree to an exclusion of time under the Speedy Trial Act during the pendency of these discussions.

            Respectfully Submitted,

            /s/ *Nicole W. Friedlander*
            Nicole W. Friedlander

cc:  AUSA Jason Swergold (via ECF)
    Sabrina Shroff Esq. (via ECF)