UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                            :
UNITED STATES OF AMERICA,           :
                                            :
               -v-                             :           20-CR-157 (LJL)
                                            :
MIGUEL SARANTE, ET AL.,             :           <u>ORDER</u>
                                            :
                       Defendants.           :
                                            :
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

       It is HEREBY ORDERED that a status conference is scheduled for September 15, 2020 at 11:00AM.  With consent of both parties, the Court excludes time under the Speedy Trial Act to September 15, 2020 pursuant to 18 USC 3161(h)(7)(A) based upon the finding that the ends of justice outweigh the interests of the public and the defendant in a speedy trial, because the excluded time will permit defendant and defense counsel time to review discovery.  Chambers will provide a copy of the transcript from the previous conference to Ms. Shroff so that she may provide a copy to her client, Mr. Guzman de la Cruz, since he was unable to participate in the conference.


       SO ORDERED.

Dated: July 8, 2020
          New York, New York                         _____
                                                                        LEWIS J. LIMAN
                                                                    United States District Judge