# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, New York 10004-2498*

_____

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.

BRUSSELS • FRANKFURT • LONDON • PARIS

BEIJING • HONG KONG • TOKYO

MELBOURNE • SYDNEY

May 4, 2021

Via ECF

The Honorable Lewis J. Liman,
United States District Court Judge,
Southern District of New York,
500 Pearl Street, Courtroom 15C,
New York, NY 10007-1312.

Re: *United States* v. *Sarante, et al.*, No. 20-cr-00157 (S.D.N.Y.)

Dear Judge Liman:

I represent the defendant Miguel Sarante and write to request a 45-day adjournment of the status conference currently scheduled for May 10, 2021 in the above-captioned case.[1] In making this request, I have conferred with counsel for my client's co-defendant, Jeffrey Guzman, who joins in this request, and counsel for the Government, who consents and agrees to this request. I have copied Mr. Guzman's counsel and the Government on this letter.

The defendants continue to be engaged in respective discussions with the Government concerning a potential pre-trial disposition of this matter. Due to the ongoing pandemic—including quarantines at the Metropolitan Correctional Center and Essex County Correctional Facility—the parties have not yet been able to complete those discussions. I respectfully request a 45-day adjournment of the May 10, 2021 status conference while the parties continue to engage in discussions and hopefully reach a resolution. This is the fifth request for an adjournment or extension.[2]

_____

[1] We understand that due to a scheduling conflict at the Manhattan Correctional Center and Essex County Correctional Facility, the conference is unable to proceed as scheduled.

[2] *See* May 15, 2020 Letter Motion from N. Friedlander (Dkt. No. 18); November 30, 2020 Letter Motion from N. Friedlander (Dkt. No. 32); January 27, 2021 Letter Motion from N. Friedlander (Dkt. No. 36); March 26, 2021 Letter Motion from N. Friedlander (Dkt. No. 38).

The Honorable Lewis J. Liman                                                                                                    -2-

        The parties also agree to an exclusion of time under the Speedy Trial Act during the pendency of these discussions.

        Respectfully Submitted,
/s/ *Nicole W. Friedlander*
Nicole W. Friedlander

cc:    AUSA Jason Swergold (via ECF)
       Sabrina Shroff, Esq. (via ECF)

**REQUEST GRANTED** as to all defendants.
The Status Conference previously set for May 10, 2021 is rescheduled to June 25, 2021 at 9:00AM. The Court, with consent of all parties, excludes time from May 5, 2021 until June 25, 2021 under the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(A), upon a finding that the interests of justice outweigh the interests of the public and the defendants in a speedy trial, in that the time between now and June 25 will allow parties to continue to engage in discussions regarding a potential pretrial resolution.

5/5/2021    SO ORDERED.

LEWIS J. LIMAN
United States District Judge