# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, New York 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.
BRUSSELS • FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

---

**REQUEST GRANTED as to Miguel Sarante and Jeffry Guzman De La Cruz. The Status Conference previously set for August 4, 2021 is rescheduled to October 20, 2021 at 12:00PM. Parties are directed to dial into the Court's teleconference line at 888-251-2909 and use access code 2123101. The deadline for defendants to submit any motions is extended to October 1, 2021. Government is to respond by October 15, 2021. The Court, with consent of all parties, excludes time from August 2, 2021 until October 20, 2021 under the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(A), upon a finding that the interests of justice outweigh the interests of the public and the defendants in a speedy trial, in that the time between now and October 20 will allow defendants to consider and make motions and parties to continue to engage in discussions regarding a potential pretrial resolution.**

**8/2/2021   SO ORDERED.**
*[signature]*
LEWIS J. LIMAN
United States District Judge

---

August 2, 2021

Via ECF

The Honorable Lewis J. Liman,
    United States District Court Judge,
        Southern District of New York,
            500 Pearl Street, Courtroom 15C,
                New York, NY 10007-1312.

        Re:    *United States* v. *Sarante, et al.*, No. 20-cr-00157 (S.D.N.Y.)

Dear Judge Liman:

        I represent the defendant Miguel Sarante and write to request a 60-day adjournment of the motion schedule in the above-captioned case—which currently requires the defendants to submit any motions by August 2, 2021, and the Government to respond by August 16, 2021—and the status conference currently scheduled for August 4, 2021. In making this request, I have conferred with counsel for my client's co-defendant, Jeffrey Guzman, who joins in this request, and counsel for the Government, who consents and agrees to this request. I have copied Mr. Guzman's counsel and the Government on this letter.

        The defendants continue to be engaged in respective discussions with the Government concerning a potential pre-trial disposition of this matter. Due to the ongoing pandemic—including quarantines at the Metropolitan Correctional Center and Essex County Correctional Facility—the parties have not yet been able to complete those discussions. I respectfully request a 60-day adjournment of the motion schedule and status conference while the parties continue to engage in discussions and hopefully reach a resolution. This is the seventh request for an adjournment or extension.[1]

---

[1]    *See* May 15, 2020 Letter Motion from N. Friedlander (Dkt. No. 18); November 30, 2020 Letter Motion from N. Friedlander (Dkt. No. 32); January 27, 2021 Letter Motion from N. Friedlander (Dkt. No. 36); March 26, 2021 Letter Motion from N. Friedlander (Dkt. No. 38); May 4, 2021 Letter Motion from N. Friedlander (Dkt. No. 40); May 27, 2021 Letter Motion from N. Friedlander (Dkt. No, 42).

The Honorable Lewis J. Liman -2-

      The parties also agree to an exclusion of time under the Speedy Trial Act during the pendency of these discussions.

Respectfully Submitted,<br>
<u>/s/ <i>Nicole W. Friedlander</i></u><br>
Nicole W. Friedlander

cc:    AUSA Jason Swergold (via ECF)
       Sabrina Shroff, Esq. (via ECF)