# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, New York 10004-2498*

---

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.
BRUSSELS • FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

---

*The motion is granted in part and denied in part. The motion deadline for defendants Sarante and Guzman is adjourned to November 1, 2021.  Government responses due by November 15, 2021.  The Status Conference will proceed on October 20, 2021 and will be held remotely by telephone. Parties are directed to dial into the Court's teleconference line at 888-251-2909 and use access code 2123101.*

9/29/2021   SO ORDERED.
LEWIS J. LIMAN
United States District Judge

September 29, 2021

<u>Via ECF</u>

The Honorable Lewis J. Liman,
    United States District Court Judge,
        Southern District of New York,
            500 Pearl Street, Courtroom 15C,
                New York, NY  10007-1312.

Re:   <u>United States</u> v. <u>Sarante, et al.</u>, No. 20-cr-00157 (S.D.N.Y.)

Dear Judge Liman:

        I represent the defendant Miguel Sarante and write to request a 60-day adjournment of the motion schedule in the above-captioned case—which currently requires the defendants to submit any motions by October 1, 2021, and the Government to respond by October 15, 2021—and the status conference currently scheduled for October 20, 2021. In making this request, I have conferred with counsel for my client's co-defendant, Jeffrey Guzman, who joins in this request, and counsel for the Government, who consents and agrees to this request.  I have copied Mr. Guzman's counsel and the Government on this letter.

        The defendants continue to be engaged in respective discussions with the Government concerning a potential pre-trial disposition of this matter, but have not yet been able to complete those discussions.  I respectfully request a 60-day adjournment of the motion schedule and status conference while the parties continue to engage in discussions and hopefully reach a resolution.  This is the eighth request for an adjournment or extension.[1]

---

[1] *See* May 15, 2020 Letter Motion from N. Friedlander (Dkt. No. 18); November 30, 2020 Letter Motion from N. Friedlander (Dkt. No. 32); January 27, 2021 Letter Motion from N. Friedlander (Dkt. No. 36); March 26, 2021 Letter Motion from N. Friedlander (Dkt. No. 38); May 4, 2021 Letter Motion from N. Friedlander (Dkt. No. 40); May 27, 2021 Letter Motion from N. Friedlander (Dkt. No. 42); August 2, 2021 Letter Motion from N. Friedlander (Dkt. No. 44).

The Honorable Lewis J. Liman                                                                        -2-

        The parties also agree to an exclusion of time under the Speedy Trial Act during the pendency of these discussions.

        Respectfully Submitted,
        */s/ Nicole W. Friedlander*
        Nicole W. Friedlander

cc:   AUSA Jason Swergold (via ECF)
      Sabrina Shroff, Esq. (via ECF)