# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, New York 10004-2498*
___

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.
BRUSSELS • FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

---

REQUEST GRANTED as to defendants Miguel Sarante and Jeffry Guzman De La Cruz.

The motion schedule is extended by 60 days. The Status Conference previously set for January 24, 2022 is rescheduled to March 24, 2022 at 12:00PM. The Court, with consent of all parties, excludes time from January 12, 2022 until March 24, 2022 under the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(A), upon a finding that the interests of justice outweigh the interests of the public and the defendants in a speedy trial, in that the time between now and March 24 will allow parties to continue to engage in discussions regarding potential pretrial dispositions.

1/12/2022   SO ORDERED.

*[signature]*
LEWIS J. LIMAN
United States District Judge

December 30, 2021

Via ECF

The Honorable Lewis J. Liman,
 United States District Court Judge,
  Southern District of New York,
   500 Pearl Street, Courtroom 15C,
    New York, NY 10007-1312.

  Re:  *United States* v. *Sarante, et al.*, No. 20-cr-00157 (S.D.N.Y.)

Dear Judge Liman:

I represent the defendant Miguel Sarante and write to request a 60-day adjournment of the motion schedule in the above-captioned case, which currently requires the defendants to submit any motions by January 3, 2022, and the Government to respond by January 17, 2022. In making this request, I have conferred with counsel for my client's co-defendant, Jeffrey Guzman, who joins in this request, and counsel for the Government, who consents and agrees to this request. I have copied Mr. Guzman's counsel and the Government on this letter.

The defendants continue to be engaged in respective discussions with the Government concerning a potential pre-trial disposition of this matter, but have not yet been able to complete those discussions. I respectfully request a 60-day adjournment of the motion schedule while the parties continue to engage in discussions and hopefully reach a resolution. This is the tenth request for an adjournment or extension.[1]

---

[1]  *See* May 15, 2020 Letter Motion from N. Friedlander (Dkt. No. 18); November 30, 2020 Letter Motion from N. Friedlander (Dkt. No. 32); January 27, 2021 Letter Motion from N. Friedlander (Dkt. No. 36); March 26, 2021 Letter Motion from N. Friedlander (Dkt. No. 38); May 4, 2021 Letter Motion from N. Friedlander (Dkt. No. 40); May 27, 2021 Letter Motion from N. Friedlander (Dkt. No. 42); August 2, 2021 Letter Motion from N. Friedlander (Dkt. No. 44); September 29, 2021 Letter Motion from N. Friedlander (Dkt. No. 46); November 1, 2021 Letter Motion from N. Friedlander (Dkt. No. 50).

The Honorable Lewis J. Liman                                                                                          -2-

    The parties also agree to an exclusion of time under the Speedy Trial Act during the pendency of these discussions.

Respectfully Submitted,<br>
/s/ *Nicole W. Friedlander*<br>
Nicole W. Friedlander

cc: AUSA Jason Swergold (via ECF)
   Sabrina Shroff, Esq. (via ECF)